UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED VISUAL IMAGE DESIGN, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WHALES, INC., et al. <br><br> Defendants. | Case No. EDCV13-0442 JGB(AJWx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    On April 13, 2014, Plaintiff filed a motion to dismiss the action against all Defendants without prejudice. (Doc. No. 127.) No opposition has been filed. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court finds that dismissal of this action is proper. The Court grants the motion and vacates the May 12, 2014 hearing.

    IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE. The Court retains jurisdiction of this matter for purposes of taking any actions necessary to enforce the terms of the settlement

1  agreement.  Each party is to bear its own costs and fees.
2  The Court orders that such judgment be entered.
3
4
5
6  Dated:  May 6, 2014                    _____
7                                          JESUS G. BERNAL
                                            United States District Judge
8

2